# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Leek v. Furtado | CAAP–14–00 00588 | 06/05/2015 | Affirmed |
| International Union of Painters and Allied Trades, Painters Local Union 1791, AFL-CIO, In re | CAAP–12–00 00661 | 06/10/2015 | Affirmed and Remanded for Attorneys' Fees and Cost |
| State v. Ramos-Labenia | CAAP–14–00 00840 | 06/26/2015 | Affirmed |
| Davis v. Vancil | CAAP–11–00 00999 | 06/30/2015 | Vacated in Part, Remanded and Affirmed in Part |
| First United Funding, LLC v. Naupaka Investments, L.L.C. | CAAP–12–00 00365 | 06/30/2015 | Vacated and Remanded |
| Harrison v. Ito | CAAP–12–00 00645 | 06/30/2015 | Vacated and Remanded |
| State v. Chung | CAAP–14–00 00894 | 08/11/2015 | Affirmed |
| State v. Mawae | CAAP–14–00 00389 | 08/14/2015 | Affirmed |
| State v. Subia | CAAP–12–00 00794 | 08/17/2015 | Affirmed |